UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN BASHAM, | |
| Plaintiff, | 2:11-cv-1797-JCM-RJJ |
| vs. | |
| JAMES COX, *et al.*, | O R D E R |
| Defendant, | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Motion to Extend Prison Copywork Limit (#3).

The Court having reviewed the Motion (#3) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Prison Copywork Limit (#3) is **DENIED**.

DATED this   10th   day of November, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge