UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN BASHAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES COX, *et al.*,<br><br>　　　　Defendant, | 2:11-cv-1797-JCM-RJJ<br><br><br>O R D E R |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Motion to Extend Prison Copywork Limit (#3).

The Court having reviewed the Motion (#3) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Prison Copywork Limit (#3) is **DENIED**.

DATED this  10th  day of November, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge