# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN R. BASHAM,<br>     #51119 | )<br>)<br>) | |
| Plaintiff, | ) | 2:11-cv-01797-JCM-RJJ |
| vs. | )<br>) | |
| JAMES COX, *et al.*, | ) | **ORDER** |
| Defendants. | )<br>)<br>) | |

This is an action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a document in which he states that he now considers his complaint frivolous and asks that the case be closed (ECF #15). The court shall construe this document as a motion for voluntary dismissal. Plaintiff's motion is granted.

**IT IS THEREFORE ORDERED** that plaintiff's motion for voluntary dismissal (ECF #15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

DATED: April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE