**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN R. BASHAM, #51119 | ) ) ) | |
| Plaintiff, | ) ) | 2:11-cv-01797-JCM-RJJ |
| vs. | ) ) | |
| JAMES COX, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) | |

This is an action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a document in which he states that he now considers his complaint frivolous and asks that the case be closed (ECF #15).  The court shall construe this document as a motion for voluntary dismissal.  Plaintiff's motion is granted.

**IT IS THEREFORE ORDERED** that plaintiff's motion for voluntary dismissal (ECF #15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

DATED:  April 11, 2012.

UNITED STATES DISTRICT JUDGE